IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:04CR140 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER |
| KATHERINE WHITE, | ) ) | |
| Defendant. | ) | |

The government has filed a motion for hearing pursuant to Federal Rule of Criminal Procedure 35(b) (Filing No. 57), and the court has been informed that the motion is ready for hearing.

IT IS ORDERED that:

1. A hearing on the government's Rule 35 motion is scheduled for hearing before the undersigned on **July 7, 2006, at 9:00 a.m.** in Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

2. The defendant has waived her presence at the hearing on the Rule 35 motion (Filing No. 60).

**3. The U.S. Marshal's Office will not return the defendant to the district.** If the defendant wishes to participate telephonically in the hearing, her attorney must notify chambers at least 24 hours before the hearing of the telephone number and contact person at the institution which defendant is incarcerated.

DATED this 29th day of June, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge